Argued June 4—decided June 4, 1974

STATE EX REL. JULIAN P. BRODIE, TRUSTEE *v.* JOHN POWERS ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Warren P. Joblin,* for the appellants (defendants).

*Edward Nusbaum* and *Robert H. Rubin,* for the appellee (plaintiff).

Argued June 4—decided June 4, 1974